NEWMAN, Circuit Judge,
concurring in
the judgment.
I concur in the court’s judgment of vacatur and remand. However, I do not share the view of the panel majority that Military Order of the Purple Heart, 580 F.3d 1293 (Fed.Cir.2009) was wrongly decided and that the secret Fast Letter procedure invalidated in Purple Heart was a proper procedural rule. The court in Purple Heart pointed out that the Fast Letter required the Regional Office to conceal from the veteran the fact that review of *167 the Regional Office decision had occurred without the veteran’s knowledge or participation, and without informing the veteran that the decision of the Regional Office had been changed to his disadvantage. I do not agree with the panel majority statement in their concurring opinion herein, that the court in Purple Heart was incorrect in disapproving this procedure.
Opinion for the court filed by Circuit Judge LOURIE, in which Circuit Judges NEWMAN and RADER join.
Concurring opinion filed by Circuit Judge RADER, in which Circuit Judge LOURIE joins.
Concurring opinion filed by Circuit Judge NEWMAN.